JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL NAVARRO, | ) No. 5:19-cv-01911-PVC |
| Plaintiff, | ) |
| v. | ) **JUDGMENT OF REMAND** ) **PURSUANT TO SENTENCE** ) **FOUR OF 42 U.S.C. § 405(g)** |
| ANDREW SAUL, Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand"), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

Date: 6/16/20

HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

-1-