IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL NAVARRO,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL, Commissioner,<br>of Social Security,<br><br>　　　　　　　　　　　Defendants. | Case No. **5:19-cv-01911-PVC**<br><br>**ORDER AWARDING EAJA FEES TO PLAINTIFF PURSUANT TO STIPULATION** |

　　Based on and as indicated in the parties' Stipulation, IT IS ORDERED that Defendant shall pay Plaintiff attorney fees in the amount of six thousand five hundred dollars ($6,500) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of four hundred dollars ($400) under 28 U.S.C. § 1920.

Dated: September 25, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Pedro V. Castillo
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1